UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY,<br><br>             Plaintiff,<br><br>   v.<br><br>BED BATH & BEYOND, INC.,<br><br>             Defendant. | Case No. 2:22-cv-04567-HB<br><br>Hon. Juan R. Sánchez |

**UNOPPOSED MOTION FOR LEAVE TO ENLARGE PAGE LIMITATION FOR
BED BATH & BEYOND INC.'S MOTION TO DISMISS COMPLAINT**

Defendant Bed Bath & Beyond Inc. ("BBB") respectfully submits this unopposed Motion for leave to enlarge the page limitation by five additional pages, to no more than 20 pages, for its forthcoming motion to dismiss Plaintiff Janice Munday's ("Plaintiff") Complaint (ECF 1) and supporting memorandum of law.  In support of this Motion, BBB states as follows:

1.      Plaintiff filed a putative Class Action Complaint in this matter on November 15, 2022.  ECF 1 ("Complaint").

2.      The Complaint contains 87 paragraphs and alleges that BBB violated the Pennsylvania Wiretap and Electronic Surveillance Control Act through the alleged use of "session replay" software on its website.  Plaintiff purports to sue on behalf of herself and a proposed class of "[a]ll persons residing within the State of Pennsylvania (1) who visited [BBB's] website and (2) whose electronic communications were intercepted by [BBB] or on [BBB's] behalf (3) without their prior consent."  *Id.* ¶ 64.

3.      BBB's responsive pleading is due on March 15, 2023.  ECF 27.  BBB intends to file a motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6).

4.      Pursuant to this Court's Policies and Procedures, BBB's forthcoming motion and its supporting memorandum of law may not exceed fifteen (15) pages in length without leave from the Court.

5.      BBB therefore respectfully requests a five-page expansion of this page limit for its forthcoming motion to dismiss the Complaint and its supporting memorandum of law.

6.      BBB submits that a modest five-page expansion is appropriate, and that good cause exists, so that BBB may respond sufficiently to the claims asserted and the issues presented by Plaintiff's Complaint.  BBB's forthcoming motion to dismiss will address several distinct arguments in favor of dismissal, including lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief may be granted, and BBB respectfully submits that the additional five pages will assist the Court in resolving the issues presented by the parties' briefing.

7.      In accordance with Local Rule of Civil Procedure 7.1(b), counsel for BBB has consulted with counsel for Plaintiff, who does not oppose the relief requested in this Motion.

WHEREFORE, for the foregoing reasons, BBB respectfully requests that this Court enter an Order granting this Unopposed Motion to Enlarge the Page Limitation for BBB's Motion to Dismiss the Complaint, thereby authorizing BBB to file a motion to dismiss and supporting memorandum of law of no more than twenty (20) pages.  A proposed Order is submitted herewith.

Dated: March 10, 2023

/s/Kathryn E. Deal
Kathryn E. Deal, PA Bar No. 93891
Terese M. Schireson, PA Bar No. 320999
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     (215) 963-5000
Facsimile:     (215) 963-5001
kathryn.deal@morganlewis.com
terese.schireson@morganlewis.com

*Counsel for Defendant Bed Bath & Beyond Inc.*

## CERTIFICATE OF NON-OPPOSITION

I hereby certify that I have discussed the relief requested in this motion with counsel for

Plaintiff, and counsel for Plaintiff advised me that Plaintiff does not oppose the motion.

*/s/ Kathryn E. Deal*
Kathryn E. Deal

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2023, a true and correct copy of the foregoing was

filed via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/Kathryn E. Deal*
Kathryn E. Deal
