IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE MUNDAY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4567 |
| | : | |
| BED BATH & BEYOND, INC. | : | |

### ORDER

AND NOW, this 13th day of March, 2023, upon consideration of Defendant Bed Bath & Beyond Inc.'s Unopposed Motion for Leave to Enlarge the Page Limitation for its Motion to Dismiss (ECF No. 28), it is hereby ORDERED the Motion is GRANTED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.