## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY,<br><br>                    Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC.,<br><br>                    Defendant. | Case No. 2:22-cv-04567-JS<br><br>Hon. Juan R. Sánchez |

### DEFENDANT BED BATH & BEYOND INC.'S
### MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), Defendant Bed Bath & Beyond Inc. hereby moves to dismiss the complaint filed by Plaintiff Janice Munday for the reasons set forth in the accompanying Memorandum of Law.

Dated: March 15, 2023

Respectfully submitted,

*/s/Kathryn E. Deal*
Kathryn E. Deal, PA Bar No. 93891
Terese M. Schireson, PA Bar No. 320999
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:    (215) 963-5000
Facsimile:    (215) 963-5001
kathryn.deal@morganlewis.com
terese.schireson@morganlewis.com

*Counsel for Defendant Bed Bath & Beyond Inc.*