IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE MUNDAY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4567 |
| | : | |
| BED BATH & BEYOND, INC. | : | |

## **ORDER**

AND NOW, this 14th day of April, 2023, upon consideration of Plaintiff Janice Munday's Motion to Amend (ECF No. 33), it is hereby ORDERED the Motion is GRANTED. Munday's Amended Complaint shall be deemed filed.

It is further ORDERED Defendant Bed Bath & Beyond, Inc.'s Motion to Dismiss (ECF No. 30) is DISMISSED as moot.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.