IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE MUNDAY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4567 |
| | : | |
| BED BATH & BEYOND, INC. | : | |
| | : | |

**ORDER**

  AND NOW, this 26th day of April, 2023, upon consideration of Defendant Bed Bath & Beyond, Inc.'s Notice of Suggestion of Bankruptcy (ECF No. 37) and the pending chapter 11 case *In re Bed Bath & Beyond, Inc.*, No. 23-bk-13359-VFP (D.N.J.), it is hereby ORDERED this case is STAYED pending further order of the Court.

                       BY THE COURT:


                       /s/ Juan R. Sánchez
                       Juan R. Sánchez, C.J.