IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE MUNDAY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4567 |
| | : | |
| BED BATH & BEYOND, INC. | : | |
| | : | |

**ORDER**

AND NOW, this 5th day of April, 2024, it is hereby ORDERED Plaintiff shall submit a status report advising this Court of the status of Defendant Bed Bath & Beyond, Inc.'s bankruptcy proceedings on or before April 22, 2024, and every six months thereafter, and shall notify the Court immediately when the bankruptcy proceedings are resolved.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.