IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANICE MUNDAY, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**BED BATH & BEYOND, INC.,**<br><br>**Defendant.** | Civil Case Number: 2:22-cv-04567-JS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Janice Monday, and Defendant Bed Bath and Beyond, Inc. ("The Parties"), hereby stipulate and agree that the claims in this action shall be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated:      May 31, 2024


/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on May 31, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman